**PLAINTIFF/PETITIONER/MOVANT'S NAME** Ester Burnett

**PRISON NUMBER** V35245

**PLACE OF CONFINEMENT** Centinela State Prison

**ADDRESS** P.O. Box 731, Imperial, Ca. 92251

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILING FEE PAID  Yes ___ No ✓
IFP MOTION FILED  Yes ✓ No ___
COPIES SENT TO  Court ✓  Pro Se ___

# United States District Court
## Southern District Of California

Ester Burnett            Plaintiff/Petitioner/Movant

v.

Doctor, Dugan, Et al.    Defendant/Respondent

Civil No. '08 CV 1324 L LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Ester Burnett declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration Centinela State Prison Po Box 731, Imperial, Ca. 92251
   Are you employed at the institution?          ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____ N/A _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____ N/A _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☐ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☐ No
   c. Pensions, annuities or life insurance            ☐ Yes ☐ No
   d. Disability or workers compensation               ☐ Yes ☐ No
   e. Social Security, disability or other welfare     ☐ Yes ☐ No
   e. Gifts or inheritances                            ☒ Yes ☐ No
   f. Spousal or child support                         ☐ Yes ☐ No
   g. Any other sources                                ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____ N/A _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____ N/A _____
   b. Present balance in account(s): _____ N/A _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):              N/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:              Year:              Model:
   b. Is it financed? ☐ Yes ☐ No                       N/A
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (0)

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): (0)

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): (0)

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    I live off State Prison food. Sometimes my personal friend will send me a institutional Package Ive Received 4 such Packages from her while Ive been incarcerated

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

DATE 6-16-08        _____Enton Burnett_____
                    SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant **BURNETT, ESTER**
(NAME OF INMATE)

**V35245**
(INMATE'S CDC NUMBER)

has the sum of $ **0** on account to his/her credit at

**CENTINELA STATE PRISON**
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities **0**

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ **0**,

and the *average monthly deposits* to the applicant's account was $ **0**.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

**7/18/08**
DATE

*[signature]*
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

**MONICA PRECIADO**
OFFICER'S FULL NAME (PRINTED)

**ACCOUNT CLERK II**
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Eotin Burnett_ (Name of Prisoner/ CDC No.), request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 6-16-08                     _Eotin Burnett_
                                 SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                                         REPORT DATE: 07/18/08
                                                                PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CENTINELA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUL. 01, 2008 THRU JUL. 18, 2008

ACCOUNT NUMBER : V35245                       BED/CELL NUMBER: FAB5T10000000108L
ACCOUNT NAME   : BURNETT, ESTER               ACCOUNT TYPE:   I
PRIVILEGE GROUP: D

                         TRUST ACCOUNT ACTIVITY

       << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE       DESCRIPTION             COMMENT           HOLD AMOUNT
----------  ----       -----------             -------           -----------
07/09/2007  H107    POSTAGE HOLD           0195 RGPOS                   1.31
08/09/2007  H110    COPIES HOLD            0902 RGCOP                   3.10
09/06/2007  H110    COPIES HOLD            1440 CTF                    33.30
06/26/2008  H118    LEGAL COPIES HOLD      7654 06/22                   0.70
07/08/2008  H118    LEGAL COPIES HOLD      0166 07/05                   2.46
07/08/2008  H118    LEGAL COPIES HOLD      0166 07/06                   1.80
07/08/2008  H109    LEGAL POSTAGE HOLD     0164 07/06                   0.42
07/15/2008  H118    LEGAL COPIES HOLD      0339 07/10                  37.80
07/15/2008  H109    LEGAL POSTAGE HOLD     0341 07/10                   7.85
07/18/2008  H118    LEGAL COPIES HOLD      0439 07/17                  69.00
07/18/2008  H118    LEGAL COPIES HOLD      0439 07/17                  31.50
07/18/2008  H118    LEGAL COPIES HOLD      0439 07/17                 150.00

                             TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL       CURRENT    HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS    BALANCE   BALANCE      TO BE POSTED
---------     ---------    -----------    -------   -------      ------------
    0.00         0.00          0.00         0.00    339.24            0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                         339.24-
```

```
REPORT ID: TS3030  .701                                      REPORT DATE: 07/18/08
                                                             PAGE NO:          1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: FEB. 01, 2008 THRU JUL. 18, 2008

ACCOUNT NUMBER : V35245                    BED/CELL NUMBER:
ACCOUNT NAME   : BURNETT, ESTER            ACCOUNT TYPE: T
PRIVILEGE GROUP:

                          TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
---------     --------    -----------     -------     -------      ------------
   0.00         0.00          0.00          0.00        0.00           0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         0.00
```

Correctional Training Facility
P. O. Box 689
(5 Miles N of Soledad on US 101)
Soledad, California 93960
Atn: Trust Office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 7/18/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Trust Ofc / Spec.
TRUST OFFICE