UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>                Plaintiff,<br>v.<br><br>DUGAN, et al.,<br><br>                Defendants. | Civil No.08CV1324-L(LSP)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT (Doc. No. 9) AND DENYING MOTION FOR APPOINTMENT OF COUNSEL (Doc. No. 7)** |

On September 29, 2008, the Court *sua sponte* dismissed Plaintiff's original Complaint and allowed Plaintiff 45 days to file an amended complaint to cure pleading deficiencies. Plaintiff now seeks additional time. Based on a showing of good cause, Plaintiff's motion is **GRANTED.** Plaintiff is granted an additional forty-five (45) days from the date this Order is "Filed" in which to file a First Amended Complaint that cures all the deficiencies of pleading noted in the Court's prior order.

Plaintiff also requests appointment of counsel pursuant to 42 U.S.C. § 2000e-5(f)(1), which allows district courts to appoint counsel in cases brought pursuant to the Civil Rights Act of 1964. In determining whether to appoint counsel under 42 U.S.C. § 2000e5(f)(1), a district court should consider the following three factors: (1) the plaintiff's financial resources; (2) the efforts made by the plaintiff to secure counsel on his or her own; and (3) the merit of the plaintiff's claim. *Johnson v. U.S. Dept. of Treasury*, 939 F.2d 820, 824 (9th Cir. 1991). Although plaintiff lacks financial resources, it

1 does not appear he has made any effort to find an attorney and the merit of his case is unclear at this
2 point.  Therefore, Plaintiff's Request for Appointment of Counsel is **DENIED** without prejudice.
3 DATED:  November 18, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge