UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>              Plaintiff,<br>v.<br><br>DR. DUGAN, et al.,<br><br>              Defendants.<br>_____ | Civil No.08CV1324-L(PCL)<br><br>**AMENDED ORDER DENYING MOTION FOR DEFAULT JUDGMENT [doc. #41]** |

Plaintiff Ester Burnett, appearing *pro se*, moves for default judgment against defendants Dugan and Hawthorne contending that default has been entered against them. (Motion at 2.)[1]

Plaintiff is incorrect. Default has not been entered against these defendants. Neither defendant Dugan nor Kinji Hawthorne has been served[2] with the first amended complaint. Defendants Nasaria Barreras, Dev Khatri, M. Fraze and Victor Almager timely filed a motion to dismiss the first amended complaint [doc. #34]

---

[1] Plaintiff's motion does not contain page numbers. The Court refers to the page number provided by the e-filing system.

[2] The "Service of Process by the U.S. Marshal" form was returned unexecuted as to Kinji Hawthorne, *see* docket no. 15, and Dr. Dugan, *see* docket no. 16. Because Dr. Dugan and Kanji Hawthorne have not been served, default cannot be entered against them.

1

Based on the foregoing, plaintiff's motion for default judgment against defendants Dugan and Kinji Hawthorne is without a legal or factual basis. Accordingly, plaintiff's motion for default judgment is **DENIED.**

**IT IS SO ORDERED.**

DATED: July 29, 2009

M. James Lorenz
United States District Court Judge

COPY TO:

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL