# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br>CDCR #V-35245,<br><br>                Plaintiff,<br><br>vs.<br><br>DUGAN; KINJI L. HAWTHORNE;<br>BROWN; FRAZE; D. KHATRI;<br>VICTOR ALMAGER; BARRERAS,<br><br>                Defendants. | Civil No.   08cv1324 L (PCL)<br><br>**ORDER:**<br><br>**(1) GRANTING DEFENDANTS EX PARTE APPLICATION TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING DISSOLVING THE COURT'S MAY 6, 2009 ORDER GRANTING PRELIMINARY INJUNCTION; AND**<br><br>**(2) SETTING BRIEFING SCHEDULE**<br><br>**[Doc No. 56]** |

      On August 5, 2009, Ester Burnett ("Plaintiff"), a prisoner proceeding *in pro se* and *in forma pauperis* filed a motion for temporary restraining order. [Doc. No. 45]. Defendants filed an Opposition to Plaintiff's request for a new restraining order and indicated to the Court that they would also be moving to dissolve the preliminary injunction previously granted by the Court. On September 2, 2009, Defendants filed an "Ex Parte Motion for Leave to File Application to Submit Supplemental Briefing Regarding Dissolving the Court's May 6, 2009 Order granting Preliminary Injunction" [Doc. No. 56].

| | |
|---|---|
| 1 | In this request, Defendants seek to dissolve the Court's May 6, 2009 Order granting |
| 2 | Plaintiff a preliminary injunction. In support of this request, Defendants have submitted |
| 3 | documents filed in Opposition to Plaintiff's most recent preliminary injunction motion and the |
| 4 | additional briefing filed on September 2, 2009 [Doc. Nos. 49-56]. |
| 5 | Defendants' Ex Parte Motion for Leave to File Application to Submit Supplemental |
| 6 | Briefing Regarding Dissolving the Court's May 6, 2009 Order is **GRANTED** [Doc. No. 56]. |
| 7 | Plaintiff may file an Opposition to Defendants' request to dissolve the preliminary injunction |
| 8 | issued on May 6, 2009 no later than **Monday**, **October 5, 2009.** Following these submissions, |
| 9 | the Court will, in its discretion, consider Defendants' Motion to Dissolve as submitted on the |
| 10 | papers, and will issue its written opinion soon thereafter. Thus, unless otherwise ordered, no |
| 11 | appearances are required and no oral argument will be heard. |
| 12 | **IT IS SO ORDERED.** |
| 13 | DATED: September 8, 2009 |
| 14 | |
| 15 | M. James Lorenz<br>United States District Court Judge |
| 16 | COPY TO: |
| 17 | HON. PETER C. LEWIS<br>UNITED STATES MAGISTRATE JUDGE |
| 18 | |
| 19 | ALL PARTIES/COUNSEL |