UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTER BURNETT, | ) | Civil No. 08cv1324 L(WVG) |
| Plaintiff, | ) ) | **ORDER DENYING AS PREMATURE AND WITHOUT PREJUDICE PLAINTIFF'S *EX PARTE* MOTION FOR REQUEST OF WAIVER OF SERVICE [doc. #109]** |
| v. | ) ) ) | |
| DR. DUGAN, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff has filed an *ex parte* motion[1] requesting an extension of time to serve newly named defendants in his amended complaint or supplemental complaint and waiver of service of process. On November 10, 2009, plaintiff filed a second amended complaint ("SAC") [doc. #83] that defendants moved to dismiss.[2] While the motions to dismiss the SAC were pending, plaintiff filed a motion for leave to file a supplemental complaint. [doc. #89] The motions were referred to the assigned magistrate judge for a report and recommendation ("Report") which was filed on July 23, 2010. [doc. #102] On August 30, 2010, plaintiff filed objections to the Report,

---

[1] Although plaintiff's filing is entitled "motion of notice of request of a waiver of service pursuant [to] Rule 4(d)," the Court construes the filing as an motion.

[2] Defendants filed an "Unenumerated 12(b) Motion for Failure to Exhaust Administrative Remedies [doc. #87], and a Motion to Dismiss the SAC under Rule 12(b)(6) [doc. #88].

the present motion for a waiver of service and a motion for leave to file an opposition to the motions to dismiss.

The Court adopted in part the Report and granted the motion to dismiss the unexhausted claims and the motion to dismiss the SAC on September 30, 2010.[3] [doc. #115] But the Court again referred plaintiff's motion for leave to file a supplemental complaint to the magistrate judge based on a change in the law, *i.e.*, *Rhodes v. Robinson*, 2010 WL 3489777 (9th Cir. 2010).

The magistrate judge filed a supplemental report and recommendation on February 23, 2011. Objections to the supplemental report are due on March 9, 2011.

In returning to plaintiff's pending motion for an extension of time to serve newly named defendants in his amended complaint or supplemental complaint and waiver of service of process, the Court finds that the motion is premature and will be denied on that basis. After reviewing the supplemental Report, the issue of service of process may become relevant and timely. In such a situation, plaintiff may renew his motion.

Based on the foregoing, **IT IS ORDERED** denying as premature and without prejudice plaintiff's *ex parte* motion for an extension of time to serve newly named defendants in his amended complaint or supplemental complaint and waiver of service of process.

**IT IS SO ORDERED.**

DATED: March 8, 2011

                                               M. James Lorenz
                                               United States District Court Judge

COPY TO:

HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

---

[3] The Court granted defendants' motion to dismiss unexhausted claim without prejudice, and granted defendants' motion to dismiss the SAC with prejudice as to Warden Almager, Dr. Barreras, Dr. Dugan and Dr. Hawthorne, and without prejudice as to defendants Dr. Fraze, Dr. Khatri, G.J. Guirbino and Jane Doe, R.N. and denied the motion for leave to file a late opposition to defendants' motions to dismiss.